# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PEDRO ROMERO, LEONA TAVAKE, SERGIO PEREZ, AND MURAD FERGUSON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TROPICALE FOODS, LLC,<br><br>Defendant. | Case No. 5:21-CV-1165-JGB-SHK<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT** |

Upon consideration of the Joint Stipulation To Extend Time To File Second Amended Complaint, submitted by Plaintiffs Pedro Romero, Leona Tavake, Sergio Perez, and Murad Ferguson ("Plaintiffs") and Defendant Tropicale Foods, LLC ("Defendant") (collectively, the "Parties"), and for good cause shown, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs shall file their Second Amended Complaint on or before **January 10, 2022.**

**IT IS SO ORDERED.**

DATED: January 6, 2022

Hon. Jesus G. Bernal
United States District Court Judge