**FARUQI & FARUQI, LLP**
Benjamin Heikali (SBN 307466)
*E-mail: bheikali@faruqilaw.com*
Ruhandy Glezakos (SBN 307473)
*Email: rglezakos@faruqilaw.com*
Joshua Nassir (SBN 318344)
*E-mail: jnassir@faruqilaw.com*
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEDRO ROMERO, LEONA TAVAKE, SERGIO PEREZ, AND MURAD FERGUSON, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TROPICALE FOODS, LLC,<br><br>Defendant. | Case No.: 5:21-cv-1165-JGB-SHK<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Pedro Romero, Leona Tavake, Sergio Perez and Murad Ferguson ("Plaintiffs"), by and through their counsel of record, hereby voluntarily dismiss all their claims in the above-captioned action, without prejudice, against Tropicale Foods, LLC.

Defendant Tropicale Foods, LLC has not filed or served an answer or a motion for summary judgment in the action. Accordingly, Plaintiffs may dismiss all their claims in this action against Defendant Tropicale Foods, LLC, without prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED: January 14, 2022  **FARUQI & FARUQI, LLP**

*/s/ Benjamin Heikali*
Benjamin Heikali
Ruhandy Glezakos
Joshua Nassir